UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HEATH LAYTON,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>EAGLE ROCK TIMBER, INC.,<br><br>　　　Defendant. | Case No. 4:17-cv-00259-DCN<br><br>**JUDGMENT** |

　　Pursuant to Federal Rule of Civil Procedure 58, and based upon the jury's verdict (Dkt. 51) in favor of the Defendant with a finding of no liability,

IT IS HEREBY ORDERED:

1. That judgment be entered in favor of Defendant Eagle Rock Timber, Inc. and this case closed.

DATED: April 24, 2019

_____
David C. Nye
U.S. District Court Judge

JUDGMENT - 1